**Rena REAGINS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27597.**

Court of Criminal Appeals of Texas.

May 11, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.